UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL CARRANZA AMBRIZ (A-099-632-111),<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | No. 1:26-cv-02230-DC-CKD (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(Doc. Nos. 15, 18) |

Petitioner, an immigration detainee proceeding through counsel, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. Nos. 1, 12.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 11, 2026, the magistrate judge filed findings and recommendations. (Doc. No. 18.) The magistrate judge found that the procedural irregularities as to Petitioner's post-detention custodial review were nonprejudicial, and that Petitioner's prolonged detention pursuant to a removal order while his withholding-only proceedings were ongoing was insufficient to support habeas relief. (*Id.*) The findings and recommendations were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (*Id.*) Respondents did not file objections. On June 24, 2026, Petitioner objected to the findings and recommendations. (Doc. No. 19.) The undersigned has considered

Petitioner's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 11, 2026 (Doc. No. 18), are ADOPTED;
2. Petitioner Raul Carranza Ambriz's (A-099-632-111) petition for writ of habeas corpus (Doc. Nos. 1, 12) is DISMISSED without prejudice;
3. Respondents' pending motion (Doc. No. 15) is DENIED for having been rendered moot by this order;
4. The Clerk of the Court is directed to serve a copy of this order on Golden State Annex Detention Facility; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 27, 2026**

Dena Coggins
United States District Judge